PD-1174-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/5/2015 1:14:16 PM
Accepted 11/5/2015 1:49:20 PM
ABEL ACOSTA
CLERK

**IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS
AUSTIN, TEXAS**

FILED IN
COURT OF CRIMINAL APPEALS

| | | | |
|---|---|---|---|
| **HENRY ANDRE WINZER** | § | | November 5, 2015 |
| | § | | |
| **V.** | § | **NO. PD-1174-15** | ABEL ACOSTA, CLERK |
| | § | | |
| **STATE OF TEXAS** | § | | |

**APPELLANT'S REPLY TO STATE'S
RESPONSE TO APPELLANT'S
<u>PETITION FOR DISCRETIONARY REVIEW</u>**

**TO THE HONORABLE JUDGES OF SAID COURT:**

NOW COMES Appellant, HENRY ANDRE WINZER, and submits this Reply to State's Response to Appellant's Petition for Discretionary Review and would shows the following:

The states contends that, "appellant failed to request that the questionnaires and strike lists be included in this record." (State's Response, p. 7). However, a simple review of the clerk's record in this case shows otherwise. In his Designation of Record, Appellant requested that the record include,

"15.    All juror information sheets and information on peremptory strikes." (CR:101).

When the appellate record was filed, these documents were inexplicably absent. When Appellant's counsel discovered that the clerk had not complied with the designation request, he filed "Appellant's Motion to Supplement Appellate Record," requesting that the record be supplemented with these items. Nevertheless, on August 17, 2015, the Court of Appeals entered a succinct order stating, "We deny appellant's May 19, 2015, motion to supplement appellate record." No explanation is provided.

Obviously, the Court of Appeals did not find these items necessary to reach its decision. Appellant urges this court to grant this Petition for Discretionary Review to address this highly important and very timely issue and decline the state's invitation to misread and misunderstand the appellate record.

Respectfully submitted,

/s/ Gary A. Udashen
GARY A. UDASHEN
Bar Card No. 20369590

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas  75201
214-468-8100
214-468-8104 fax

Attorney for Appellant


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Appellant's Reply to State's Response to Appellant's Petition for Discretionary Review was electronically delivered to the Kaufman County District Attorney's Office, on this the 5th day of November, 2015.

/s/ Gary A. Udashen
GARY A. UDASHEN